**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 07-22903-CIV-SEITZ/O'SULLIVAN

LEONARD AGUILAR, an individual,

       Plaintiff,

v.

DUNBAR ARMORED, INC.,

       Defendant.

_____/

**FINAL JUDGMENT IN FAVOR OF LEONARDO AGUILAR**

THIS CAUSE is before the Court on Plaintiff, Leonard Aguilar's Notice of Acceptance of Defendant's Offer of Judgment [DE 18]. Pursuant to Fed. R. Civ. P. 68, it is hereby

ORDERED as follows:

1.     Final Judgment is ENTERED in favor of LEONARD AGUILAR and against DUNBAR ARMORED, INC. DUNBAR ARMORED, INC. is hereby liable to LEONARD AGUILAR in the total amount of $15,000.00, for any and all statutory, actual, compensatory and punitive damages and interests available under 18 U.S.C. § 2520(b), Florida Statutes § 934.10, attorney's fees, costs and/or any and all common law claims for liability and/or damages raised in Plaintiff's Complaint, for which let execution issue.

2.     Because Defendant's offer was conditioned on Plaintiff's dismissal of this action with prejudice, Plaintiff's acceptance of Defendants' offer shall be construed as a voluntary dismissal with prejudice of this matter. Accordingly, this action is DISMISSED WITH PREJUDICE.

3.     All pending motions are DENIED as moot.

4.     This case is CLOSED.

DONE and ORDERED at Miami, Florida, this 10th day of April, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record